cision of this application and this petition. 

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 88–1872. RUTAN ET AL. *v.* REPUBLICAN PARTY OF ILLINOIS ET AL., *ante,* p. 62;

No. 88–2074. FRECH ET AL. *v.* RUTAN ET AL., *ante,* p. 62;

No. 88–7318. CAIN *v.* SOUTH CAROLINA, *ante,* p. 1010;

No. 88–7332. JIMERSON *v.* ILLINOIS, *ante,* p. 1031;

No. 88–7351. WALTON *v.* ARIZONA, *ante,* p. 639;

No. 88–7629. VICKERS *v.* ARIZONA, *ante,* p. 1033;

No. 89–189. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* JEFFERS, *ante,* p. 764;

No. 89–453. METRO BROADCASTING, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante,* p. 547;

No. 89–1687. COMMUNICATIONS SATELLITE CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante,* p. 1004;

No. 89–1703. SNYDER *v.* LEWIS, SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA, *ante,* p. 1004;

No. 89–1783. MEYER *v.* STATE BAR OF TEXAS; and MEYER *v.* LOWRY, DISTRICT JUDGE, 261ST JUDICIAL DISTRICT, TRAVIS COUNTY, TEXAS, ET AL., *ante,* p. 1026;

No. 89–5008. SALAZAR *v.* ILLINOIS, *ante,* p. 1031;

No. 89–5016. LIBBERTON *v.* ARIZONA, *ante,* p. 1031;

No. 89–5146. ODLE *v.* ILLINOIS, *ante,* p. 1031;

No. 89–5219. YOUNG *v.* ILLINOIS, *ante,* p. 1031;

No. 89–5232. PHILLIPS *v.* ILLINOIS, *ante,* p. 1031;

No. 89–5346. BRADLEY *v.* OHIO, *ante,* p. 1011;

No. 89–5443. FLORES *v.* ILLINOIS, *ante,* p. 1031;

No. 89–5616. MCKINNEY *v.* IDAHO, *ante,* p. 1031;

No. 89–5635. MILLER *v.* TENNESSEE, *ante,* p. 1031;

No. 89–5704. ALLEN *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante,* p. 1031;

No. 89–5809. SAWYER *v.* SMITH, INTERIM WARDEN, *ante,* p. 227;

No. 89–5934. CARTWRIGHT *v.* OKLAHOMA, *ante,* p. 1015;

No. 89–6317. COLEMAN *v.* ILLINOIS, *ante,* p. 1032;

No. 89–6459. OWENS *v.* ILLINOIS, *ante,* p. 1032;

No. 89–6626. LANKFORD *v.* IDAHO, *ante,* p. 1032;

No. 89–6870. HOLMAN *v.* ILLINOIS, *ante,* p. 1032;

No. 89–6953. KOKORALEIS *v.* ILLINOIS, *ante,* p. 1032;

No. 89–7110. KNAPP *v.* MASCHNER ET AL., 496 U. S. 939;

No. 89–7213. FORD ET AL. *v.* RUTLEDGE ET AL., 496 U. S. 910;

No. 89–7353. CHRISTOPHERSON ET UX. *v.* SHAWANO COUNTY, *ante,* p. 1007;

No. 89–7375. KURTZ *v.* EDMISTON, SUPERINTENDENT, SOUTHERN STATE CORRECTIONAL FACILITY, ET AL., *ante,* p. 1007;

No. 89–7380. BARROW *v.* ILLINOIS, *ante,* p. 1011;

No. 89–7416. ACCOLLA *v.* SULLIVAN, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL., *ante,* p. 1027;

No. 89–7418. CURTIS *v.* AMERICAN BAKERIES CO. ET AL., *ante,* p. 1027;

No. 89–7512. ISAACS *v.* GEORGIA, *ante,* p. 1032; and

No. 89–7579. MUKHTAR *v.* UNITED STATES, *ante,* p. 1010. Petitions for rehearing denied.

No. 89–1380. CRIDER *v.* UNITED STATES, 495 U. S. 956. Motion of petitioner to defer consideration of petition for rehearing denied. Petition for rehearing denied.

No. 89–1803. SCHAEFER *v.* GALLEGO ET AL., *ante,* p. 1026. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 89–7350. IN RE SWENTEK, 496 U. S. 904. Motion for leave to file petition for rehearing denied.

AUGUST 31, 1990

No. A–169. GILMORE *v.* MISSOURI. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied. JUSTICE SCALIA took no part in the consideration or decision of this application.